IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

MDL DOCKET NO: 5:20-MD-2947-KDB-DSC

IN RE: LOWES'S COMPANIES, INC., )
FAIR LABOR STANDARDS )
ACT (FLSA) AND )
WAGE AND HOUR LITIGATION )
                                                                         )

**THIS DOCUMENT RELATES TO:**

5:20-cv-00041-KDB-DSC
5:20-cv-00104-KDB-DSC
5:20-cv-00105-KDB-DSC
5:20-cv-00106-KDB-DSC
5:20-cv-00107-KDB-DSC
5:20-cv-00108-KDB-DSC
5:20-cv-00109-KDB-DSC
5:20-cv-00110-KDB-DSC
5:20-cv-00111-KDB-DSC
5:20-cv-00112-KDB-DSC
5:20-cv-00113-KDB-DSC
5:20-cv-00114-KDB-DSC
5:20-cv-00115-KDB-DSC
5:20-cv-00118-KDB-DSC
5:20-cv-00119-KDB-DSC
5:20-cv-00120-KDB-DSC
5:20-cv-00121-KDB-DSC
5:20-cv-00122-KDB-DSC
5:20-cv-00123-KDB-DSC

## ORDER OF ADMINISTRATIVE CLOSE-OUT

**THIS CAUSE** is before the Court sua sponte. The above-styled cases were previously consolidated in this MDL proceeding for all pretrial purposes, and the parties to all cases have

1

been directed to submit all filings in the MDL action. In light of the consolidation of cases in the MDL action, it is

**ORDERED AND ADJUDGED** that the Clerk of the Court shall mark the following cases as CLOSED for administrative purposes only:

5:20-cv-00041-KDB-DSC
5:20-cv-00104-KDB-DSC
5:20-cv-00105-KDB-DSC
5:20-cv-00106-KDB-DSC
5:20-cv-00107-KDB-DSC
5:20-cv-00108-KDB-DSC
5:20-cv-00109-KDB-DSC
5:20-cv-00110-KDB-DSC
5:20-cv-00111-KDB-DSC
5:20-cv-00112-KDB-DSC
5:20-cv-00113-KDB-DSC
5:20-cv-00114-KDB-DSC
5:20-cv-00115-KDB-DSC
5:20-cv-00118-KDB-DSC
5:20-cv-00119-KDB-DSC
5:20-cv-00120-KDB-DSC
5:20-cv-00121-KDB-DSC
5:20-cv-00122-KDB-DSC
5:20-cv-00123-KDB-DSC

**IT IS SO ORDERED.**

Signed: August 12, 2020

Kenneth D. Bell
United States District Judge

2

Case 5:20-cv-00110-KDB-DSC   Document 17   Filed 08/12/20   Page 2 of 2